|  |  |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CONNECTICUT, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINA, STATE OF WISCONSIN, AND THE DISTRICT OF COLUMBIA, ex rel. RAVI SRIVASTAVA, <br><br> *Plaintiffs,* <br><br> v. <br><br> TRIDENT USA HEALTH SERVICES LLC, AND SYMPHONY DIAGNOSTIC SERVICES NO. 1, INC. dba MOBILEXUSA, <br><br> Defendants. | Civil Action No. 16-2956 <br><br> **FILED UNDER SEAL** |

## ORDER

AND NOW, this 14 day of Sept. 2016, upon consideration of United

States' Ex Parte Motion for an Extension of the Intervention Deadline and

Extension of the Seal (filed under seal), it is hereby ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the United States' deadline to intervene in this matter is extended to March 13, 2017, and that the complaint and all other filings shall remain under seal until further order of this Court.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*