UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RAVI SRIVASTAVA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRIDENT USA HEALTH SERVICES, LLC, SYMPHONY DIAGNOSTIC SERVICES NO. 1, INC. d/b/a MOBILEXUSA, <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 16-2956 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff United States of America, pursuant to Federal Rule of Civil Procedure 41(a)(1), following its settlement with defendants Trident USA Health Services, LLC, Symphony Diagnostic Services No. 1, LLC (f/k/a Symphony Diagnostic Services No. 1, Inc.), New Trident Holdcorp Inc., and Trident Holding Company, LLC (collectively "Trident"), and following the filing of its Notice of Intervention on September 25, 2019, voluntarily dismisses this action as to Trident, with prejudice, and as to the remaining defendants, without prejudice. Relator Ravi Srivastava voluntarily dismisses this action as to all defendants, with prejudice, to which the United States consents. The plaintiff States consent to the dismissal of all defendants, without prejudice.

Respectfully,

WILLIAM M. McSWAIN
United States Attorney

_____
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division



_____
JOEL M. SWEET
VERONICA J. FINKELSTEIN
Assistant United States Attorneys
United States Attorney's Office for the
 Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8200

*Counsel to the United States of America*

_____
SHERRIE R. SAVETT, ESQ.
RUSSELL D. PAUL, ESQ.
Berger Montague
1818 Market Street, Suite 3600
Philadelphia, PA 19103

*Counsel to Relator Ravi Srivastava*


_____
WILLIAM H. JORDAN, ESQ.
JASON D. POPP, ESQ.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424

*Counsel to Trident*


**SO ORDERED:**


_____
**HONORABLE BERLE M. SCHILLER**
*Judge, United States District Court*

2

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

JOEL M. SWEET
VERONICA J. FINKELSTEIN
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8200

*Counsel to the United States of America*

SHERRIE R. SAVETT, ESQ.
RUSSELL D. PAUL, ESQ.
Berger Montague
1818 Market Street, Suite 3600
Philadelphia, PA 19103

*Counsel to Relator Ravi Srivastava*

WILLIAM H. JORDAN, ESQ.
JASON D. POPP, ESQ.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424

*Counsel to Trident*

**SO ORDERED:**

**HONORABLE BERLE M. SCHILLER**
*Judge, United States District Court*

2